**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM T. JONES, II, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-1289 |
| v. | (JUDGE CAPUTO) |
| JENNA N. LUSKY, | |
| Defendant. | |

## ORDER

**NOW**, this 11th day of July, 2014, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge